JOHN J. TALTON, CHAPTER 13 TRUSTEE  
Payee: Clerk of the Court

Check #.: **1109870**  
Date: 03/29/2016

Case 10-60995   Doc 83   Filed 03/29/16   Entered 03/29/16 15:21:00   Desc Main Document   Page 1 of 1

Please notify the Court & this office of any changes made after filing fo your claim  (ex. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1588888 | 00000 | JohnTalton Adjustment | 10-60995 | 0.00 | 4,703.71 | 0.00 | 4,703.71 |
| | | Original Check written to: | | | | | |
| | | GRETA SANDERS | | | | | |
| | | 7328 MANASSAS LANE | | | | | |
| | | TYLER, TX   75703 | | | | | |
| | | | TOTALS | 0.00 | 4,703.71 | 0.00 | 4,703.71 |